No. 83–2108. CRISTALL v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CRISTALL, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–2109. DOMINEY v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. C. A. 5th Cir. Certiorari denied.

No. 83–2110. CLARKSDALE BAPTIST CHURCH v. GREEN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–2111. VICORY v. WALTON, SHERIFF OF BUTLER COUNTY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–2113. MINTER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 83–2115. UNITED PARCEL SERVICE, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 83–2116. SCHRAM, PERSONAL REPRESENTATIVE OF THE ESTATE OF GAYDOS, ET AL. v. DADE COUNTY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 83–2118. VICKROY v. ROCKWELL INTERNATIONAL CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–2119. CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE v. KASSEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–2121. HUGHES v. UNITED STATES POSTAL SERVICE. C. A. 4th Cir. Certiorari denied.

No. 83–2122. STEWART ET AL. v. NATIONAL SHOPMEN PENSION FUND ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–2123. ROCHON v. WOLTER ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 83–2127. AVILES-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.